22823

Donnie JOHNSON, Petitioner v. STATE of South Carolina, Respondent.
(364 S. E. (2d) 201)

Supreme Court

*Asst. Appellate Defender Joseph L. Savitz, III*, Columbia, *for petitioner.*

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. Donald J. Zelenka* and *Asst. Atty. Gen. William A. Ready, III*, Columbia, *for respondent.*

Submitted Dec. 11, 1987.

Decided Jan. 25, 1988.

### ON WRIT OF CERTIORARI

*Per Curiam:*

This Court has approved the withdrawal of counsel in meritless post-conviction appeals, provided the procedures outlined in *Anders v. California*, 386 U. S. 738, 87 S. Ct. 1396, 18 L. Ed. (2d) 493 (1967), were followed.

Although the recent United States Supreme Court decision in *Pennsylvania v. Finley*, _____ U. S. _____, 107 S. Ct. 1990, 95 L. Ed. (2d) 539 (1987), holds that the *Anders* procedure is not required in such cases, we adhere to our prior procedure.

After review of the entire record in this case and after careful consideration of petitioner's *pro se* document, counsel's request to withdraw is granted and the matter dismissed.

Dismissed.